IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

J.O., FATHER OF A.O., A MINOR CHILD,

Petitioner,

v.

DEPARTMENT OF CHILDREN AND FAMILIES,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D17-2824

Opinion filed November 2, 2017.

Petition for Writ of Certiorari—Original Jurisdiction.

Ronald Newlin, The Newlin Law Firm, LLC, Tallahassee, for Petitioner.

Sarah Rumph, Children's Legal Services, Tallahassee, for Respondent.

PER CURIAM.

　　　　DENIED.

JAY, WINSOR, and M.K. THOMAS, JJ., CONCUR.